# SENTENCING SUMMARY CHART
Sentencing Date: November 3, 2025

|  |  |
|---|---|
| USPO: |  |
| AUSA: |  |
| DEF: | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | **Cruz Sanchez Sanchez** | Docket No. | 25CR3752-AGS |
| Attorney's Name: | Veronica Portillo-Heap, Fed. Def. | Phone No.: | (619) 234 8467 |
| Guideline Manual Used: | Nov. 2024 | Agree with USPO Calc.: | Y |

**Base Offense Level**:

| | |
|---|---|
| U.S.S.G. § 2L1.2 (unlawfully reentering the United States) | 8 |

**Specific Offense Characteristics**:

| | |
|---|---|
| Adjusted Offense Level: | 8 |
| Adjustment for Acceptance of Responsibility: | -2 |
| Total Offense Level: | 6 |
| Criminal History Score: | 1 |
| Criminal History Category: | I |
| Guideline Range: (Range limited by: ☐Minimum Mandatory  **X** Statutory Maximum) | *from:* 0 months *to:* 6 months |

**Departures/ Variances**:

| | |
|---|---|
| Adjusted Offense Level: | 6 |
| Resulting Guideline Range: | *from:* 0 months *to:* 6 months |

**Recommendation:**

    Mr. Sanchez has spent 60 days in custody (from September 4 – November 3, 2025) and respectfully requests a sentence of time served. A low-end sentence is appropriate for Mr. Sanchez for this 8 U.S.C. § 1325 offense considering the 18 U.S.C. § 3553(a) factors. Mr. Sanchez has lived in Escondido working as a painter and in construction for over 15 years. He was arrested for this offense while standing outside a Home Depot in Escondido with fellow day laborers. He is ready to return to Mexico where he will reunite with his young children, none of whom are United States citizens. Given his limited ties to the United States, he requests no supervised release to follow.